CLERK'S OFFICE U.S. DIST. COURT
AT BIG STONE GAP, VA
FILED

FEB 28 2011

JULIA C. DUDLEY, CLERK
BY: /s/ J. Clark
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

SHIRLEY M. SLONE, )
)
) Case No. 2:10CV00018
Plaintiff, )
) **FINAL JUDGMENT**
v. )
) By: James P. Jones
COMMISSIONER OF SOCIALSECURITY, ) United States District Judge
)
Defendant. )

Based upon the court's de novo review of those portions of the magistrate judge's report and recommendations to which the plaintiff objected, it is **ADJUDGED AND ORDERED** as follows:

1. The plaintiff's objections are overruled;

2. The magistrate judge's report and recommendations are accepted;

3. The motion for summary judgment by the Commissioner of Social Security ("Commissioner") is granted;

4. The final decision of the Commissioner is **affirmed**; and

5. The clerk is directed to close the case.

ENTER: February 28, 2011

United States District Judge